IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS J. CASSELLI,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **No. 20-2456** |
| v. | : | |
| | : | |
| **LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

This 26th day of January, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 7, is **GRANTED** in part and **DENIED** in part, as follows:

The Motion is **DENIED** as to Plaintiff's Title VII hostile work environment and disparate treatment claims based on his race. In all other respects the Motion is **GRANTED.**

    /s/ Gerald Austin McHugh
United States District Judge